IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

JEREMY KEMPER,

        Petitioner,

    v.

RICK COURSEY,

        Respondent.

Civil No. 09-960-BR

ORDER

BROWN, Judge.

    IT IS ORDERED that Petitioner's Motion for Voluntary Dismissal Without Prejudice of Petition for Writ of Habeas Corpus (#23) is GRANTED.

    IT IS SO ORDERED.

    DATED this _____ day of July, 2010.

                    /s/_____
                    ANNA J. BROWN
                    United States District Judge

1 - ORDER -